O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-04177 AHM (Ex) | Date | July 6, 2011 |
|---|---|---|---|
| Title | ANN EASLEY, *et al.* v. BANK OF AMERICA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On May 23, 2011, defendants Bank of America, N.A., Countrywide Financial Corporation d/b/a BAC Home Loans Servicing, Countrywide Home Loans, Inc., Reconstrust Company, N.A., and CTC Real Estate Services filed a motion to dismiss Plaintiffs' complaint for failure to state a claim. Plaintiffs failed to oppose the motion and did not file a notice of non-opposition.

On June 23, 2011, the Court ordered Plaintiffs' counsel, Christopher Persaud, Esq., to show cause in writing by not later than July 5, 2011 why he should not be sanctioned $250 for violating Local Rule 7-9. Dkt. 11.

Mr. Persaud failed to respond to the Court's order to show cause. Accordingly, the Court ORDERS Christopher Persaud, Esq. to pay $250 to the Clerk of the Court within ten days of this Order.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: **Fiscal**