1  Keith D. Klein (State Bar No. 184846)
   Nafiz Cekirge (State Bar No. 255710)
2  Brian J. Recor (State Bar No. 229091)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
4  Telephone:  (310) 576-2100
   Facsimile:   (310) 576-2200
5  Email:       keith.klein@bryancave.com
                nafiz.cekirge@bryancave.com
6               brian.recor@bryancave.com

7  Attorneys for Defendants
   BANK OF AMERICA, N.A.; COUNTRYWIDE
8  FINANCIAL CORPORATION (erroneously sued as DBA
   BAC HOME LOANS SERVICING); COUNTRYWIDE
9  HOME LOANS, INC.; RECONTRUST COMPANY,
   N.A.; and CTC REAL ESTATE SERVICES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN EASLEY, RHODA SOLOMON, PETER MARSHALL, SANDRA ECHEVARRIA, EDWARD ECHEVARRIA, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; CTC REAL ESTATE SERVICES, <br><br> Defendants. | **Case No. CV11-04177-AHM (Ex)** <br><br> **JUDGMENT** |

856221

WHEREAS, on October 21, 2011, the Court entered an order GRANTING defendants BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION (erroneously sued as DBA BAC HOME LOANS SERVICING); COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and CTC REAL ESTATE SERVICES's (collectively "Defendants") Motion for Judgment on the Pleadings. [Docket No. 22].

THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiffs ANN EASLEY, RHODA SOLOMON, PETER MARSHALL, SANDRA ECHEVARRIA, and EDWARD ECHEVARRIA and in favor of Defendants BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and CTC REAL ESTATE SERVICES.

Dated: December 02, 2011

_____
Hon. A. Howard Matz
United States District Court Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386