1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN EASLEY, RHODA SOLOMON, PETER MARSHALL, SANDRA ECHEVARRIA, EDWARD ECHEVARRIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; CTC REAL ESTATE SERVICES,<br><br>Defendants. | **Case No. CV11-04177-AHM (Ex)**<br><br>[previously Los Angeles County Superior Court Case No. BC458757]<br><br>**AMENDED JUDGMENT** |

856221

1   WHEREAS, on October 21, 2011, the Court entered an order GRANTING defendants BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION (erroneously sued as DBA BAC HOME LOANS SERVICING); COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and CTC REAL ESTATE SERVICES's (collectively "Defendants") Motion for Judgment on the Pleadings. [Docket No. 22].

THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiffs ANN EASLEY, RHODA SOLOMON, PETER MARSHALL, SANDRA ECHEVARRIA, and EDWARD ECHEVARRIA and in favor of Defendants BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; and CTC REAL ESTATE SERVICES.

**Any notices of *lis pendens* recorded or filed in connection to this action, known prior to removal as Case No. BC458757 in the Superior Court of California, County of Los Angeles, are expunged and are of no further force or effect.**

Dated: December 05, 2011

_____
Hon. A. Howard Matz
United States District Court Judge